UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Mack Industries Ltd., et al.,<br><br>Debtor(s)<br>Ronald R. Peterson, as chapter 7 trustee for Mack Industries Ltd.,<br><br>Plaintiff(s)<br>Bertrand Landscape Design Inc.<br><br>Defendant(s) | ) BK No.: 17-09308<br>) (Jointly Administered)<br>)<br>) Chapter: 7<br>)<br>) Honorable Carol A. Doyle<br>) SELECT IF OUTLYING AREA<br>)<br>) Adv. No.: 19-00455<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Default Judgment on Counts 1 and 2**

      HIS CAUSE coming on to be heard on the motion (the "Motion") of Ronald R. Peterson, as trustee for Mack Industries Ltd., to strike the answer of Bertrand Landscape Design Inc. and to enter a default judgment as a discovery sanction, IT IS HEREBY ORDERED that:

  1. Judgment is entered in favor of Ronald R. Peterson, as Trustee for Mack Industries Ltd., and against the Bertrand Landscape Design on Counts I, II, III, and IV of the Complaint in the amount of $98,432.

  2. Count V is dismissed without prejudice.

Enter:

/s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: May 20, 2021

**Prepared by:**

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602

Form G6 (20200113_apo)
Tel: (312) 878-0969
Email: jpaulsen@wfactorlaw.com